**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CASSIE L. GARRISON, | Case No.: 2:23-cv-01063-NJK |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF |
| vs. | (FIRST REQUEST) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Cassie L. Garrison and Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from October 11, 2023 to October 24, 2023, for Plaintiff to send her Brief with all other dates extended accordingly. This is

-1-

Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: October 11, 2023   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Cassie L. Garrison

DATE: October 11, 2023          JASON M. FRIERSON
                                United States Attorney


                                /s/ *Oscar Gonzalez De Llano*

                            BY: _____

                                Oscar Gonzalez De Llano
                                Special Assistant United States Attorney
                                |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATE:                    _____
                         THE HONORABLE NANCY J. KOPPE
                         UNITED STATES MAGISTRATE JUDGE