**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CASSIE L. G.,

     Plaintiff(s),

v.

MARTIN O'MALLEY,

     Defendant(s).

Case No. 2:23-cv-01063-NJK

**ORDER**

In light of the order granting the motion to remand, Docket No. 18, the Clerk's Office is instructed to **ENTER FINAL JUDGMENT** accordingly and to **CLOSE** this case.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1